ANN K. JOHNSTON, ESQ. (SBN 145022)
BERGER KAHN
A Law Corporation
(ajohnston@bergerkahn.com)
7200 Redwood Boulevard, Suite 325
Novato, CA  94945
Tel:  (415) 899-1770  •  Fax: (415) 899-1769

Attorneys for Defendant HARTFORD UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD AND ELIZABETH FOSTER,<br><br>    Plaintiffs,<br><br>vs.<br><br>LORI SCHOEB, THE HARTFORD UNDERWRITERS INSURANCE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | CASE NO.  C06-05776SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

WHEREAS, Hartford Underwriters Insurance Company (hereinafter "Hartford") was served with the summons and first amended complaint on about January 10, 2007;

WHEREAS, District Court local rule 6-1 permits the filing of an initial stipulation extending the time to respond to a complaint, without approval of the court;

IT IS HEREBY STIPULATED by and between the parties that the time for Hartford to respond to Plaintiff's first amended complaint is hereby extended ten (10) days from January 30, 2007, to February 9, 2007.

/ / /

/ / /

---

| | | |
|---|---|---|
| 1 | DATED: January 30, 2007 | Law Offices of F. Anthony Edwards |
| 2 | | |
| 3 | | By:____/s/ F. Anthony Edwards_ |
| | | F. Anthony Edwards |
| | | Attorneys for Plaintiffs |
| 4 | | Leonard and Elizabeth Foster |
| 5 | | |
| 6 | DATED: January 30, 2007 | BERGER KAHN |
| | | A Law Corporation |
| 7 | | |
| 8 | | |
| 9 | | By:___/s/ Ann K. Johnston_ |
| | | Ann K. Johnston |
| | | Attorneys for Defendant Hartford |
| 10 | | Underwriters Insurance Company |

**IT IS SO ORDERED**

/s/ Samuel Conti
Judge Samuel Conti
2/5/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERGER KAHN
*A Law Corporation*
7200 Redwood Blvd., Suite 325
Novato, CA  94945

---

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT     Case No.  C06-05776SC