United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD AND ELIZABETH FOSTER, | Case No. 06-05776 SC |
| Plaintiffs, | |
| v. | JUDGMENT |
| LORI SCHOEB, THE HARTFORD UNDERWRITERS INSURANCE COMPANY; and DOES 1 through 20, Inclusive, | |
| Defendants. | |

In accordance with this Court's Order dated September 28, 2007, granting Defendants' Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that:

JUDGMENT shall be entered in favor of Defendants Lori Schoeb and Hartford Underwriters Insurance, and against Plaintiffs Leonard and Elizabeth Foster.

IT IS SO ORDERED.

Dated: September 28, 2007

_____
UNITED STATES DISTRICT JUDGE